

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Kenneth G. Lau, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email: *Kenneth.G.Lau@usdoj.gov*

FILED
MAR 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

**ANSELMO MARTIN AND GERALYN TERESA MARTIN,**

Debtor(s).

Case No.: 2:09-bk-45262 BR

Chapter 7

**ORDER APPROVING JOINT STIPULATION TO VOLUNTARILY CONVERT CASE TO CHAPTER 13 UNDER 11 U.S.C. §§ 348 AND 706(a) and (c) AND 707(b)(1) IN LIEU OF DISMISSAL**

[No Hearing Set or Requested]

ENTERED
MAR
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:        Deputy

Upon consideration of the Joint Stipulation To Voluntarily Convert Case To Chapter 13 Under 11 U.S.C. §§ 348 and 706(A) and (C) and 707(B)(1) In Lieu Of Dismissal, and GOOD CAUSE APPEARING:

The subject Joint Stipulation between Debtors ANSELMO MARTIN AND GERALYN TERESA MARTIN and the United States Trustee shall be and hereby is approved.

Pursuant to the terms of said Joint Stipulation, this Debtor's case is hereby CONVERTED under 11 U.S.C. § 707(b)(2).

Further, any order previously entered granting the Debtor a discharge shall be and hereby is VACATED.

Finally, concurrently upon the entry of the order hereon, effecting the Debtors' voluntary conversion of the underlying case to Chapter 13 pursuant to §707(b)(1), the U.S. Trustee has no

1

1. objection to case conversion in lieu of any requested dismissal under 11 U.S.C. §§ 707(b)(2) and/or
2. 707(b)(3) while said case remains a Chapter 13 proceeding. However, as expressly acknowledged
3. and previously stipulated by the Debtors, it is hereby ordered by the Court, that any and all filing
4. deadlines applicable to the United States Trustee which are related to a motion to dismiss under 11
5. U.S.C. §§ 707(b)(2) and/or 707(b)(3) or a complaint to deny Debtors' discharge under 11 U.S.C. §
6. 727, shall be tolled for the duration of the Debtors' Chapter 13 case until the entry of a Chapter 13
7. discharge order

IT IS SO ORDERED.

3/12/10    [signature]

### #

| In re: ANSELMO MARTIN and GERALYN TERESA MARTIN, Debtor(s) | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:09-bk-45262-BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

The Foregoing Document Described As:
Order Approving Joint Stipulation To Voluntarily Convert Case To Chapter 13 Under 11 U.S.C. §§ 348 And 706(A) And (C) And 707(B)(1) In Lieu Of Dismissal (Pursuant To Stipulation Filed Under Separate Cover) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **3-2-10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **3-2-10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3-2-10 | Tina Simmons | /s/ Tina Simmons |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

January 2009

| In re: ANSELMO MARTIN and GERALYN TERESA MARTIN, Debtor(s) | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:09-bk-45262-BR |

## ADDITIONAL SERVICE INFORMATION

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Anselmo and Geralyn Teresa Martin
5535 Florence Ave
Whittier, CA 90601

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1668
Los Angeles, CA 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

January 2009

| In re: ANSELMO MARTIN and GERALYN TERESA MARTIN, Debtor(s) | CHAPTER 7 |
| --- | --- |
| | CASE NUMBER 2:09-bk-45262-BR |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify):
**ORDER Approving Joint Stipulation to Dismiss Case under 11 U.S.C. section 707(b)(2) Without Refiling Bar and Request to Vacate Pending Hearing Date as Moot (Pursuant To Stipulation Filed Under Separate Cover)**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___3-2-10___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

January 2009

| In re: | ANSELMO MARTIN and GERALYN TERESA MARTIN, | Debtor(s) | CHAPTER | 7 |
|---|---|---|---|---|
| | | | CASE NUMBER | 2:09-bk-45262-BR |

## ADDITIONAL SERVICE INFORMATION

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Name**
Kenneth G Lau
Alfred H Siegel
Gregory J Doan
United States Trustee (LA)

**Capacity**
UST Trial Attorney
Chapter 7 Trustee

**Email Address**
kenneth.g.lau@usdoj.gov
ahstrustee@horwathcal.com,ca51@ecfcbis.com
ecf@doanlaw.com
ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Anselmo and Geralyn Teresa Martin
5535 Florence Ave
Whittier, CA 90601

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1668
Los Angeles, CA 90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

January 2009

 **Bankruptcy LODGED ORDER UPLOAD**

Tuesday, March 02, 2010

Upload Again

Confirmation.:

CONFIRMATION:

You've successfully uploaded the order:

( 106312.doc )

- **Office**: Los Angeles
- **Case Title**: Anselmo Martin and Geralyn Teresa Martin
- **Case Number**: 09-45262
- **Judge Initial**: BR
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 20
- **On Date**: 03/02/2010 @ 02:55 PM

Please print this confirmation for future reference.

Thank You!